UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM J. BARRETT,

    Plaintiff,

-vs-                                               Case No. 3:12-CV-019
                                                      Judge Thomas M. Rose

USAA FEDERAL SAVINGS BANK et al.,

    Defendants.

---

### ORDER STAYING CASE DUE TO FILING OF BANKRUPTCY

---

Pursuant to the Notice of Bankruptcy filed by GMAC Mortgage, LLC, (doc. 12) advising the Court of Defendant's bankruptcy filing in the United States Bankruptcy Court for the Southern District of New York, case number 1:12-bk-12020, the Court hereby **ORDERS** this case **STAYED** under 11 U.S.C. § 362(a), pending conclusion of Defendant's bankruptcy proceedings.

Defendant shall keep the Court apprised of the status of its bankruptcy case by filing a status report every six (6) months beginning on <u>December 3, 2012</u>. Defendant shall also notify the Court within thirty (30) days after the bankruptcy is resolved. If this case becomes moot as a result of the bankruptcy proceedings, Defendant shall likewise notify the Court within thirty (30) days.

**DONE** and **ORDERED** in Dayton, Ohio, this 22nd day of May, 2012.

                                                            THOMAS M. ROSE, JUDGE
                                                             UNITED STATES DISTRICT COURT